UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA D. MORRISON,

               Plaintiff,

-v.-

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY
(MABSTOA) and TRANSPORT
WORKERS UNION LOCAL 100,

               Defendants.

26 Civ. 2150 (KPF)

**ORDER OF SERVICE**

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C

§ 1983, alleging that Defendants violated her right to procedural due process

and her rights under state law. The Court construes the complaint as also

asserting claims under the Labor Management Relations Act and National

Labor Relations Act. By separate order, the court granted Plaintiff's request to

proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

### DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is

entitled to rely on the Court and the U.S. Marshals Service to effect service.[1]

*Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

§ 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Manhattan and Bronx Surface Transit Operating Authority and Transport Workers Union Local 100 through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

3

## CONCLUSION

The Clerk of Court is directed to issue a summons for each defendant, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   April 8, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1.   Manhattan and Bronx Surface Transit Operating Authority
     130 Livingston Street, 10th Floor
     Brooklyn, NY 11201

2.   Transport Workers Union Local 100
     195 Montague Street, 3rd Floor
     Brooklyn, NY 11201