

CHRISTOPHER P. O'HARA
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO
STEVEN G. FARKAS**
PATRICIA L. BOLAND
WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA (1929-2023)
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE (RETIRED)
CAROL O'ROURKE PENNINGTON (RETIRED)
*    ALSO ADMITTED IN NEW JERSEY
**   ALSO ADMITTED IN WASHINGTON. D.C.
***  ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT

THOMAS P. KEANE***
SABRINA K. BEKIOS+
NICHOLAS A. LYNAUGH
DARSHNIE M. AYBAR ABREU
JADE L. MORRISON*
JACKALYN GONZALEZ
CONOR A. CARMAN
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE R. ZAMILUS
AMANDA SNYDER
RICHARD L. O'HARA IV

+    AWAITING ADMISSION
++   OF COUNSEL

June 23, 2026

Granted.

SO ORDERED:

6/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ELECTRONIC FILING**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Judge Gregory H. Woods

Re:    Docket No. 26-CV-02150 (GHW) (RWL)
       Rhonda D. Morrison v. Manhattan and Bronx Surface
       Transit Operating Authority (MABSTOA) and Transport
       Workers Union Local 100

Dear Judge Woods:

This firm represents the Defendant Transport Workers Union Local 100 in the above-mentioned matter. The purpose of this letter motion is to respectfully withdraw the Notice of Appearance for Denis A. Engel, filed on May 8, 2026 (Docket Entry No. 17) on behalf of Defendant, Manhattan and Bronx Surface Transit Operating Authority ("MaBSTOA"), and withdraw the Notice of Appearance for Conor A. Carman, filed on May 8, 2026 (Docket Entry No. 16) on behalf of Defendant, Manhattan and Bronx Surface Transit Operating Authority ("MaBSTOA"). We are submitting this letter motion because the inclusion of MaBSTOA on the Notice(s) of Appearance was typed incorrectly on the original Notice(s) of Appearance form.

The case is in its early stages. Motions to dismiss have recently been filed by both defendants, and the initial pretrial conference is scheduled for June 30, 2026, with a proposed Civil Case Management Plan due on June 23, 2026. The administrative errors described above did not

affect those filings, and correction of the notice of appearance will not impact the parties' obligations or any upcoming deadlines.

The undersigned retain representation on behalf of Transport Workers Union Local 100 and MaBSTOA will continue to be represented in this matter by Proskauer Rose LLP, who have previously entered their appearances (Docket Entries Nos. 10, 11 and 12).

Counsel for Defendant MaBSTOA and Plaintiff Morrison have been consulted and consent to this request.

I hereby certify that on June 23, 2026, a copy of this letter was served on all parties of record via ECF.

Thank you for your time and courtesy regarding this matter.

Dated: June 23, 2026
      Woodbury, New York

Respectfully Submitted,
COLLERAN, O'HARA & MILLS L.L.P.
Attorney for Defendant, Transport Workers Union
Local 100

By: _____
DENIS A. ENGEL
100 Crossways Park Drive West, Suite 200
Woodbury, New York 11797
(516) 248-5757
dae@cohmlaw.com

COLLERAN, O'HARA & MILLS L.L.P.
Attorney for Defendant, Transport Workers Union
Local 100

By: _____
CONOR A. CARMAN
100 Crossways Park Drive West, Suite 200
Woodbury, New York 11797
(516) 248-5757
cac@cohmlaw.com

TO: *via* **ECF**

RHONDA MORRISON, *Pro Se*
370 East 162nd Street
Bronx, NY 10451
(917) 494-1228
RHONDAMORRISON4@GMAIL.COM

PROSKAUER ROSE LLP
Attorney for Defendant, MaBSTOA
Eleven Times Square
New York, NY 10036
(212) 969-3000
SBANKS@PROSKAUER.COM
NABRAMSON@PROSKAUER.COM
RFACCHINI@PROSKAUER.COM