Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Steven H. Banks
d 212.969.3725
f 212.969.2900
sbanks@proskauer.com
www.proskauer.com

June 23, 2026

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Court, Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

Re:    *Rhonda Morrison v. Manhattan and Bronx Surface Transit Operating Authority, et al.*,
       No. 1:26-cv-02150-GHW-RWL

Dear Judge Lehrburger:

We write jointly on behalf of Defendants Manhattan and Bronx Surface Transit Operating Authority ("MaBSTOA") and Transport Workers United, Local 100 ("TWU") to respectfully request that discovery in the above-referenced matter be stayed pursuant to Fed. R. Civ. P. 26 pending resolution of Defendants' respective Motions to Dismiss the Complaint (the "Motions") (Dkt. 26-32.)

The Motions raise significant challenges to Plaintiffs' Complaint that support a stay of discovery to avoid the unnecessary expenditure of party and judicial resources. "Upon a showing of good cause a district court has considerable discretion to stay discovery pursuant to Federal Rule of Civil Procedure 26(c)." *Oliver v. City of New York*, 540 F. Supp. 3d 434, 435 (S.D.N.Y. 2021) (internal quotes omitted)."

As a corollary, Defendants respectfully request (1) an adjournment of the initial pretrial conference currently scheduled for June 30, 2026, until such time as the Motions have been ruled upon; and (2) an adjournment of the deadline to submit the Proposed Civil Case Management Plan and Scheduling Order, which is currently due today, June 23, 2026.

Defendants have conferred with *pro se* Plaintiff Ms. Morrison regarding the above, and Ms. Morrison indicated that she has no objection to the proposed stay and adjournment. Ms. Morrison further indicated that her agreement to any adjournment does not constitute agreement

Proskauer»

The Honorable Robert W. Lehrburger
June 23, 2026
Page 2

with the arguments raised in the Motions, and that she reserves all rights with respect to the claims and opposition to the Motions.

This is Defendants' first request for an adjournment of the initial pretrial conference.

We thank the Court for its consideration of this request.


Respectfully submitted,


/s/ Steven H. Banks

cc:    All Counsel of Record and Ms. Rhonda Morrison (*via* ECF)[1]


Request granted on consent. Discovery is stayed pending determination of the pending motions to dismiss. The initial pretrial conference is adjourned sine die, and the parties need not submit a proposed case management plan and scheduling order unless and until an initial pretrial conference is scheduled.

SO ORDERED:

6/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Morrison filed a Consent to Electronic Service in this matter (Dkt. 3).